Going: In and To The U.S. District Court of The Southern District of Florida $ 4 Billion, Release and Businesses. I'll get back my stuff by going to each state to be my own lawyer

00-2916 CIV-JORDAN

MAGISTRATE JUDGE SORRENTINO

Thomas Ray Hokkins
Plaintiff - Witness

Case No: 92-18759
Judge JEFFREY ROSINEK

vs

FILED by INTAKE
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.C. Charges;

Wiretech, Bill Gates,
Bill Clinton, Jesse Jackson,
Louis Forrackohis, Janet Jackson,
Micheal Jackson, The Pope,
Donald Trump, Henry G. Reeves,
Defendants

1. AH 1st Degree Mr on Irene Pritchett
2. AH 1st Degree Mr on a Law Enf. Officer
3. Aggravated Assault
4. Possession of a Firearm
5. Poss. of a Firearm in Comm of a Felony.

Revelation 12:7, & Jude 9. Micheal The Devil

not a Claims not judge not a judge like you.

Civil Procedure Book 1:1, 7:207

Sections 2,12 Plaintiff Acting Pro-se

180 day Trial.

Since 1958 my Pre-School Teacher and some others into Theft, was Recieving Stolen Property, In Conspiracy, etc + Racketeering in the world. They have all been involved in stealing and decieving the public. Since 1958 my school teacher and a lot or group of other people stole T. Top, Cars, Plane designs, Computers, Nuts, Clothes, Buildings, The Statue of Liberty, Twin Towers in New York, Apollo Theatre in New York, Movies, Music of about 5 different Styles, Baby Milk, Baby Pampers, Baby Ruth Candy Bars, Mounds Candy, Drinks, F.B.I., C.I.A., D.E.A., B.B.C. Federal Marshals, Plus Military Branches Like West Point, Air-Force, Navy, Marines and Reserves. Organizations. All that Led to above + others in a Conspiracy to murder, impoverish or hurt. 5 Charges I'm now in Prison for is because of that written about. May of 1992 the incident took place. It or they waited 3 years 10 mon-

2.80   Legal Effect of Official Document or Act
Legal documents and their effect in my case was now or then to provide work in my own football stadium called Pro Player Football Stadium. I designed 15 stadiums in the 1960s plus Super Dome. Didn't finish it at all.

2.81   Prior Judgment or Decision
The defendant Garth Henry Reeves at 900 N.W. 54 Street, Miami, Florida 33127 or P.O. Box 270200 Buena Vista Station 33127. I want a place to write in his paper company and that will settle it.

2.91   Claims for Relief
I'm suing Garth Henry Reeves for a writing place in his company that way I can help him and his people work with me and help me. Plus I'm suing him for whatever he wants to pay.

2.274   To Permit Admission of Evidence
I need to get into court to give evidence about all my family's problems caused by people in Florida and other areas. I'll want to tell about my work history and school achievements.

2.278   To Enable Objecting Party to Meet
In court I want all the defendants because all can see and hear the defendants talk who should be heard like me in case they have something they want to say to all of us.

2.281   Order Granting Leave to Amend Complaint
I want a order for change of venue to the Dade County Jail to have a trial over again with the same jurors. I need that based on facts and all the evidence they all stole.

3.32   Order For Officer to take Depositions
In the 1960s I knew drugs was a problem. So I came up with the C.I.A., D.E.A., F.B.I., B.B.B. & Fed. Marshals. I want them to come he

Gaintime; In 5-9-78 I went to prison. I didn't commit the crimes. I was suppose to - 22 days a month gaintime 5-9-78 - 7-27-86 = 5 yrs 2 months 20 days. They owe me I get — 1 week to even out 21 years I got April 3, 1996. I came in again May 23, 1992 & got 5 charges.

| | |
|---|---|
| 144-455 | **Bias and Prejudice Judges** |
| | Judge Jeffrey Rosinek was a Judge who covered up facts that a Police shot at me. Prosecutor Shrouse and the above Judge didn't want me to tell Jurors about the police who shot at me. |
| 307-436 | **Parol Evidence** |
| | In a Parol Evidence Potentability Book GROENZ V. Schwartz, and 5 other cases talk about people who should testify in court even if documentary evidence or Blue Prints was stolen from me. |
| 656 | **Theft** |
| | Since 1958 my Pre-School Teacher and others took T-Top Cars, Computer Designs, Cellular Telephones, Cars, Trucks and etc. Plus my Pro-Player Football Stadium of The Miami Dolphins. |
| 662 | **Recieving Stolen Property** |
| | The defendants are all responsible for recieving stolen property. They know they own and possess articles or other Clothes, Buildings, Mansions, and Movies, videos that are mine. |
| 712 | **Misuse of Names** |
| | Pro-Player Football Stadium at 2267 N.W. 199 St Broward, County 33056 should have my name and all my businesses that they stole from me. If not those who have is guilty of Fraud. |
| 1.700 | **Mediation** |
| | In Case No: 92-18259 It needs mediation by someone who is not prejudice because that's the only way the truth is going to be told. I'm on earth to help those who others have not helped. |
| 1.15-1.21 | **Change of Venue** |
| | I want change of venue to The Dade County Jail for retrial and to tell about all the defendants who are involved and have my Glitter Night performance gloves and dance moves also... |

2.54  Damages; Request For Relief    $ 4. Billion
I'm not asking for all any of my money yet. I am asking for my working freedom to get out and go to court and be my own lawyer and get all my businesses returned to me when out.

2.61  Complaint For Damages
My Complaint is to have the courts make the people pay for the inventions they stole from me since I been in prison. That stuff or new inventions is for America and Foreigners also. NOT ITALIANS

2.64  Professional Negligence
Lawyers Robert Coppel, Carter, Gonzales, Reginald (Tony) Moss Jr. P.D. and Louis Campbell all did not want to tell Juries about my Football Stadium I design + Pole Police who shot at me.

2.65  Breach of Contract
In 1982 Garth Henry Reeves stole a Blue Print of mine from me that I sent to his Miami Times Newspaper of my Football Stadium now called Pro Player Football Stadium in Broward.

2.66  Entitlement to Relief
I'm entitled to Relief because if it was not for me no one would have Computers at all. Plus Fax Machines also. 747's, 727's and Lear Jets. Plus a Statue of Liberty to represent Jesus.

2.67  Several Types of Relief
The types of Relief I want is Reverse Papers, Credit Cards American Express, Visa Card, License to Drive Trucks & Cars, Money when I want it From all my Businesses & Tickets to travel World-

2.71  Mistake
In 1992 May 29, I accidentally shot my sister. I already planned my defense since 1992. But Corrupt Judges, Lawyers, Prosecutors and Police didn't Let me tell Juries about all Facts

| | |
|---|---|
| 90.405 | **Methods of Proving Character** |
| | My way of proving my character is to call the people I use to work for Name Robert's Roofing Company 1-305-655-6806. I bought sweaters for him and his wife. Gary Vogler Eg Company 1-305-653-6000 I bought sweats, suits & a Gold Ring. |
| 90.604 | **Personal Knowledge** |
| | I have knowledge I need to tell in court. I'm the first one to come up with electric cars that need no gas. Plus I still have one thats better than that one they stole. Plus a Heron Plane its mine to. |
| 90.802 | **Hearsay** |
| | In Court Prosecutor Shrauss told Jurors that I shot at my Niece Tojuana. I didnt do that. March 28, 1996 my Niece told Jurors that I didnt shoot at her at all. All 5 Charges are set-ups. |
| 905.185 | **State Attorney to Secure Attendance of Witnesses** |
| | I want a State Attorney who is not Latin to recall all my Jurors and ask them to ask for a retrial. Since they lied to Jurors tell all Jurors about all written & ask for a retrial. |
| 922.02 | **Cant be held for Fine** |
| | In Section (21) Access to Court it says that courts should remain inviolate and Justice should be administered without sale & delay. So (17) Excessive Punishment says unreasonable detention of witnesses is forbidden |
| 924.32 | **Judgment be Reversed** |
| | Section (17) Excessive Punishment says that unreasonable detention of witnesses is forbidden. That means since I'm a witness I must be taken back to court to get my Judgment Reversed. |
| 924.02 | **Who May Appeal** |
| 940.05, 2505, 2513, 7.190, 415.101-506 | Restoration of Rights I'll need with release papers, Plus a Claims Court Judge in court to hear my witness testimony about my unjust conviction and imprisonment. Plus I'll tell a Serious Mistake on my sentencing affidavit. Plus tell |

2.72 Fraud

Section (11) says people can be imprisoned for Fraud and all who have my businesses I want put in prison for Fraud. Or Some they can pay me get me released and work with me.

2.73 Misrepresentation

In 1996 March - April I tried to tell Lawyers, Prosecutor, Judge, and Parole officer all written in my Brief but they wouldn't let me tell Jurors because I would have got out of jail.

2.74 Breach of Trust

I sent my Blue Print of my Football Stadium to Coach Henry Reeves of Pro Player Football Stadium. They named it that but the Stadium should have my name on it because I designed it

2.75 Willful Default

All defendants did act in a Willful Default way and did not pay me because they wanted to take all my honors and Glory which they don't deserve. I want to meet all in court.

2.76 Undue Influences

Since I been at this prison the defendants told someone to spit in my food and I never did that to either one of them. I want to find out who told a inmate to spit in my food.

2.77 Condition of Mind

Condition of Mind depends on knowledge & exercise. I always try to hurt my body by exercising hard. Once I did in at Two Thousand Jumping set Arm & Leg exercises. and 120 push ups.

2.79 Legal Effect or Act of Contract

Contracts help get work for people who need it. So that's why I designed Pro Player Football Stadium for dark color folks us did build the 1st Football Stadium in Greece. Samson was killed in it

2.72 Fraud

Section (11) says people can be imprisoned for Fraud and all who have my businesses I want put in prison for Fraud. Or some they can pay me get me released and work with

2.73 Misrepresentation

In 1996 March - April I tried to tell Lawyers, Prosecutor, Judge, and Parole officer all written in my Brief but the wouldn't let me tell Jurors because I would have got out of J

2.74 Breach of Trust

I sent my Blue Print of my Football Stadium to Garth & Reeves of Pro Player Football Stadium. They named it And to the Stadium should have my name on it because I designed

2.75 Willfull Default

All defendants did act in a Willfull Default way and not pay me because they wanted to take all my honour an Glory which they dont deserve. I want to meet all in court

2.76 Undue Influences

Since I been in this prison the defendants told inmates to spit in my food and I never did that to either one of them. I want to find out who told a inmate to spit in my food

2.77 Condition of Mind

Condition of Mind depends on knowledge & Exercise. Always try to hurt my body by exercising hard. Once I did 7000 thousand Jumping set arm & leg exercises. and 120 push u

2.79 Legal Effect or Act of Contract

Contracts help get work for people who need it. So thats w I designed Pro Player Football Stadium for dark Color Folks did build the 1st Football Stadium in Greece. Samson was killed in

3.190   Motion to Dismiss

In court is where you suppose to File motions. I know if I tell the Jurors that all defendants have been in possession my inventions since the 1960's I will get motion to Dismiss gra.

3.530   Motion of Acquittal

In May 21, 1992 my sister got shot accidently by me. The others defendants caused that. It took or they waited 3 yrs 10 months take me to trial violating the 180 day time limit. That prove the police.

3.580   Motion to Suppress

Judge Jeffrey Rosinek tried or did tell me not to tell Jurors that police Jose Eduarde shot at me and him and the Prosecutor and Judge all got together to cover that up in court

3.600   Grounds for New Trial

In the 3.600 section it says that if a person is put in prison because of court officials negligence then the person should get a new trial and in my case I should be released back in sod.

3.800   Motion to Correct Sentence

I want to have a re-trial to File my own Motions as my own Lawyer. If you notice in courts Lawyers always know the Judges and have sometimes already talked to them.

3.850   Motion to Vocate, Set aside and Correct Sentence of Judgme.

The above Motion is one that was used a long time ago. In the past courts use to have people sit on side of the Judge during trial. Today they still do it that way but not as m

3.851   Motion of Severence.

I want a new trial so that I can tell all Jurors about the case no: 78-166-B. I want to tell them all what did take pla

Stenographer;   The notebook is stolen had my idea of short hand writing in it which is the 1st and last Letter. That I came up with so that all in